```
1  SHAWN HANSON (SBN 109321)
   MARIA ELLINIKOS (SBN 235528)
2  TERESA WANG (SBN 252961)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  580 California Street, Suite 1500
   San Francisco, California  94104
4  Telephone:    415/765-9500
   Facsimile:    415/765-9501
5  Email:        shanson@akingump.com
                 mellinikos@akingump.com
6                twang@akingump.com

7  Attorneys for Defendant
   STANDARD INSURANCE COMPANY
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF DISTRICT OF COLUMBIA

SAN FRANCISCO DIVISION

| HELEN RAINES, | Case No. C-10-00093-MHP |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER** |
| v. | |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE:

Defendant Standard Insurance Company ("The Standard"), by counsel, respectfully moves the Court for an order substituting Shawn Hanson, Maria Ellinikos and Teresa W. Wang of Akin Gump Strauss Hauer & Feld, LLP, for Jeffrey R. Sunderland of Jones Day, in this matter.

We consent to the above substitution:

Dated: May 26, 2010

JONES DAY

By: ___/s/ Jeffrey R. Sunderland___
    Jeffrey R. Sunderland

---

1

NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER                CASE NO. C-10-00093-MHP
6470380

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | I accept this substitution, and am duly admitted to practice in this district. |
| 4 | Dated: May 27, 2010                    AKIN GUMP STRAUSS HAUER & FELD, LLP |
| 5 |                                        By:    /s/ Shawn Hanson    <br>                                               Shawn Hanson |
| 6 | |
| 7 |     Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of |
| 8 | perjury that concurrence in the filing of this document has been obtained from Jeffrey R. Sunderland. |
| 9 | Dated: May 27, 2010                    AKIN GUMP STRAUSS HAUER & FELD, LLP |
| 10 |                                        By:    /s/ Shawn Hanson    <br>                                               Shawn Hanson |

**IT IS SO ORDERED:**

Dated: __May 28__, 2010

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Marilyn H. Patel]*