```
 1  Laurence F. Padway (SBN 083914)
    **Law Offices of Laurence F. Padway**
 2  1516 Oak Street, Suite 109
    Alameda, CA  94501
 3  Telephone: (510) 814-6100
 4  Facsimile: (510) 814-0650

 5  ATTORNEYS FOR PLAINTIFF
    HELEN RAINES
 6

 7  SHAWN HANSON (SBN 109321)
    MARIA ELLINIKOS (SBN 235528)
 8  EZEKIEL L. RAUSCHER (SBN 269141)
    **AKIN GUMP STRAUSS HAUER & FELD LLP**
 9  580 California Street, Suite 1500
    San Francisco, CA 94104
10  Telephone:      (415) 765-9500
    Facsimile:      (415) 765-9501
11

12  Attorneys for Defendant
    STANDARD INSURANCE COMPANY
13
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HELEN RAINES,<br><br>            Plaintiff,<br><br>     v.<br><br>STANDARD INSURANCE COMPANY,<br><br>            Defendant. | Case No. 3:10-CV-00093-MHP<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE DISMISSAL**<br><br>Judge: Hon. Marilyn H. Patel |

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL          3:10-CV-00093-MHP

Whereas, settlement in the above matter has been reached. The parties, by and through their respective counsel of record, hereby stipulate and agree that the above named action be dismissed, with prejudice and in its entirety as to each party, with each party to be responsible for their own attorney's fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 18, 2011          AKIN GUMP STRAUSS HAUER & FELD LLP

                                        By /s/ Maria Ellinikos
                                           MARIA ELLINIKOS
                                           Attorneys for Defendant
                                           STANDARD INSURANCE COMPANY

DATED: January 18, 2011          LAW OFFICES OF LAURENCE F. PADWAY

                                        By /s/ Laurence F. Padway
                                           LAURENCE FRED PADWAY
                                           Attorneys for Plaintiff
                                           HELEN RAINES

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January __19__, 2011

                                        The Honorable Marilyn H. Patel
                                        United States District Judge

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*